UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NANCY PETROSKY

    v.                                              3:10CV02034(JCH)

SKYLINE RECOVERY INC.,
d/b/a Skyline Recovery Services

## DEFAULT JUDGMENT

      This action came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's Motion for Judgment pursuant to FRCvP 55(b) of the Federal Rules of Civil Procedure.  On April 29, 2011, a default under Rule 55(a) FRCvP entered against the defendant.  On June 22, 2011, the court entered an Order granting the plaintiff's Motion.  The plaintiff is awarded $1,000 in statutory damages, $3,500 in fees and costs (including statutory costs), $5,000 in emotional damages, and $10,000 in punitive damages, for a total of $19,500.00.

      Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff in the amount of $19,500.00, against the defendant, and the case is closed.

      Dated at Bridgeport, Connecticut, this 22nd day of June, 2011.

                                              ROBIN  D. TABORA, Clerk


                                    By /s/ Bernadette J. DeRubeis
                                          Deputy Clerk

Entered on Docket _____